UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MOHAMMED AMANULLAH,

        Plaintiff,

vs.

CVS, INC.,

        Defendant.

Case No.: CV-05-3331 (LDW)(JO)

Civil Action

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the above-captioned action shall be, and hereby is, dismissed with prejudice and on the merits and without costs or attorney's fee to any party as against the other.

**STIPULATED AND AGREED:**

BY: _____
Christopher K. Collotta (CC-6827)
ZABELL & ASSOCIATES, P.C.
4875 Sunrise Highway, Suite 300
Bohemia, New York 11716
(631) 589-7242
*Attorneys for Plaintiff*

BY: _____
Craig M. Dolinger, Esquire (CD-6384)
MCANDREW, CONBOY & PRISCO
95 Froehlich Farm Boulevard
Woodbury, NY 11797
(516) 921-8600
*Attorneys for Defendant*

SO ORDERED:

_____
The Honorable Leonard D. Wexler, U.S.D.J.